IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER D. ZULPO                                                PLAINTIFF

v.                          No. 4:12-cv-119-DPM

KEN CASADY                                                          DEFENDANT

## JUDGMENT

Zulpo's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2012